# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Kevin T Lawler<br>    Monica N Williams<br>        Debtor(s) | Case No. 11 B 21993 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2011.

2) The plan was confirmed on 10/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 05/08/2013.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,037.50 |
| Less amount refunded to debtor | $186.59 |

**NET RECEIPTS:** $6,850.91

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,704.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $313.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,017.27

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAM Inc | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| Account Management Services | Unsecured | 1,440.79 | NA | NA | 0.00 | 0.00 |
| Account Recovery Bureau Inc | Unsecured | 84.18 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 1,434.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 1,672.00 | NA | NA | 0.00 | 0.00 |
| American Baby Magazine | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| American Medical Security | Unsecured | 6,037.66 | NA | NA | 0.00 | 0.00 |
| American Medical Security | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 7,251.00 | 7,275.00 | 6,250.00 | 1,870.39 | 498.34 |
| Capital One Auto Finance | Unsecured | 7,251.00 | 3,167.66 | 3,167.66 | 0.00 | 0.00 |
| CB Accounts | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 50.00 | 485.00 | 485.00 | 0.00 | 0.00 |
| CB USA | Unsecured | 999.96 | 999.96 | 999.96 | 0.00 | 0.00 |
| CB USA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Certified Recovery | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Consultants In Pathology | Unsecured | 50.72 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 1,541.71 | 1,541.71 | 1,541.71 | 211.13 | 0.00 |
| Corning Federal Credit Union | Unsecured | 5,491.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| FCO Financial Systems | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| Island National Group | Unsecured | 1,394.77 | NA | NA | 0.00 | 0.00 |
| Kameswari Kalluri | Unsecured | 1,335.00 | NA | NA | 0.00 | 0.00 |
| Komayatte & Casbon | Unsecured | 3,622.67 | 4,252.27 | 4,252.27 | 0.00 | 0.00 |
| Komayatte & Casbon | Unsecured | 128.00 | 287.53 | 287.53 | 0.00 | 0.00 |
| Komayatte & Casbon | Unsecured | 746.00 | 793.00 | 793.00 | 0.00 | 0.00 |
| Komayatte & Casbon | Unsecured | 8,901.79 | 2,792.44 | 2,792.44 | 0.00 | 0.00 |
| Krishnaveni Gorantla, M D | Unsecured | 1,101.75 | NA | NA | 0.00 | 0.00 |
| Love N Learn Day Care Castle | Unsecured | NA | 1,295.50 | 1,295.50 | 0.00 | 0.00 |
| Lucas Holcomb & Medrea | Unsecured | 2,143.90 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MacNeal Health Network | Unsecured | 205.46 | NA | NA | 0.00 | 0.00 |
| MEA-Munster | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Advanced Radiology | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Midwest Neoped Association | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Midwest Security Services | Unsecured | 4,413.23 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Consultants | Unsecured | 412.18 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 128.00 | 164.00 | 164.00 | 0.00 | 0.00 |
| Mutual Hospital Services | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| National Payment Center | Unsecured | 13,385.00 | 15,381.94 | 15,381.94 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 16,469.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Secured | 16,469.00 | 25,545.98 | 17,045.98 | 253.78 | 0.00 |
| NWI Pathology Consult PC | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Parents Magazine | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| Park Dansan | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Pathology Solutions | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Patwari Medical Corporation | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | NA | 826.00 | 826.00 | 0.00 | 0.00 |
| PNC Bank NA | Secured | 123,184.00 | 113,826.27 | 113,826.27 | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | NA | 7,062.17 | 7,062.17 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 437.00 | 437.09 | 437.09 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | NA | 402.51 | 402.51 | 0.00 | 0.00 |
| Second Round LP | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 487.80 | NA | NA | 0.00 | 0.00 |
| Stephen S Lee PhD | Unsecured | 340.38 | NA | NA | 0.00 | 0.00 |
| Student Loan Corp | Unsecured | 13,702.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| UMR | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Wells Group Health Partners | Unsecured | 1,285.30 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $113,826.27 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $24,837.69 | $2,335.30 | $498.34 |
| **TOTAL SECURED:** | **$138,663.96** | **$2,335.30** | **$498.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,347.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,017.27 |
| Disbursements to Creditors | $2,833.64 |
| **TOTAL DISBURSEMENTS :** | **$6,850.91** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/01/2013                                    By: /s/ Marilyn O. Marshall
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**